389 A.2d 168

Commonwealth v. Grendell, Appellant.

Submitted March 14, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 169

Commonwealth v. Hargrove, Appellant.

Submitted March 16, 1977. Arthur K. Dils, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.